Dean, Appellant, *v.* Trembley.

Argued November 15, 1957.  Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

*Paul N. Barna,* for appellant.

*Charles G. Sweet,* for appellee.

OPINION PER CURIAM, January 21, 1958:
The order of the court below is affirmed on the opinion of Judge WEINER, as reported in 11 Pa. D. & C. 2d 1.